IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Teddy Glen Bostic Senior, | : | |
| Plaintiff | : | Civil Action 2:13-cv-0247 |
| v. | : | Judge Sargus |
| Harvest Grove Apartments, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Plaintiff Teddy Glen Bostic Senior brought this civil rights action alleging that his neighbors have harassed him. This matter is before the Court on Magistrate Judge Abel's March 19, 2013 Report and Recommendation on Initial Screening (doc. 3) that this case be dismissed because it fails to state a claim against any defendant under the constitution or laws of the United States. This matter is before the Court on plaintiff's March 29, 2013 objections to the Report and Recommendation (doc. 5).

The complaint alleges there is a conspiracy to get plaintiff Bostic to move from his home at 5371 Harvestwood Lane, Columbus, Ohio. Apartment community residents and employees have bullied him. Bostic does not know why he is being harassed or why defendants want him to leave. He is being evicted by the owner of the apartment complex.

As the Report and Recommendation states, federal courts are courts of limited jurisdiction. *Gunn v. Minton*, 133 S.Ct. 1059, 1064 (2013); *Kokkonen v. Guardian Life Ins. Co.*

*of America*, 511 U.S. 375, 377 (1994). They may hear only claims arising under the constitution and laws of the United States. *Id.* Although there is clearly friction between Bostic and his landlord and neighbors and the complaint alleges that defendants are unreasonably acting to force him to leave the apartment complex, the complaint does not allege a claim arising under either the constitution or laws of the United States. No claim is pleaded for violation of the Fair Housing Act. See, 42 U.S.C. § 3604. Further, the complaint pleads claims against private individuals that are not actionable under 42 U.S.C. § 1983. See, *Lugar v. Edmonson Oil*, 457 U.S. 922, 950 (1982).

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation.

                                                   4-2-2013  
                                        Edmund A. Sargus, Jr.  
                                        United States District Judge