AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**TEDDY GLEN BOSTIC, SENIOR,**

       **Plaintiff,**

                             **JUDGMENT IN A CIVIL CASE**

**v.**

**HARVEST GROVE APARTMENTS,**    **CASE NO. 2:13-cv-0247**
**et al.,**                                    **JUDGE EDMUND A. SARGUS, JR.**
                                       **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendants.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed April 2, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 2, 2013                                  JOHN P. HEHMAN, CLERK

                                                   */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk