AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**TEDDY GLEN BOSTIC, SENIOR,**

           **Plaintiff,**

                                  **JUDGMENT IN A CIVIL CASE**

**v.**

**HARVEST GROVE APARTMENTS,**     **CASE NO.  2:13-cv-0247**
**et al.,**                                   **JUDGE EDMUND A. SARGUS, JR.**
                                         **MAGISTRATE JUDGE MARK R. ABEL**

                     **Defendants.**

\_\_\_     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the Order filed April 2, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 2, 2013                      JOHN P. HEHMAN, CLERK

                                    */S/ Andy F. Quisumbing*
                                    (By) Andy F. Quisumbing
                                     Courtroom Deputy Clerk